|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE ROLLMAN, on behalf of himself and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>AMERICAN MERCHANDISING SPECIALISTS, INC., a North Carolina corporation doing business as AMS Retail Solutions; ~~AUTOMATED MANAGEMENT SYSTEMS, INC., a Virginia corporation doing business as AMS Retail Solutions;~~ and DOES 1-50, inclusive<br>*Defendant(s)*. | Case No.: 2:20−cv−02371−DJC−JDP<br><br>**ORDER ON VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41**<br><br>Honorable Daniel J. Calabretta<br>U.S. District Court Judge |

1

**ORDER**

Having been stipulated and agreed upon by and between all Parties and their respective counsel, and pursuant to Federal Rules of Civil Procedure 41, the above-referenced lawsuit against Defendant AMERICAN MERCHANDISING SPECIALISTS, INC. is voluntarily dismissed in its entirety WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: July 18, 2024        /s/ Daniel J. Calabretta
                            _____
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE